# Exhibit 2

# Notice of Removal



**Capitol Corporate Services**
PO Box 1831
Austin, TX 78767
Phone: (800) 345-4647  Fax: (800) 432-3622
rassop@capitolservices.com

## Service Of Process Transmittal Notice

| | | |
|---|---|---|
| KYLE HARRIS<br>AIR LIQUIDE USA LLC<br>9811 KATY FWY<br>HOUSTON TEXAS 77024 | Date Processed: | 06/23/2025 |
| | Completed By: | LISA ROSNIK |
| | Delivery Method to Client: | FEDEX 2 DAY |
| | Tracking Number: | 390278323546 |

Enclosed please find legal documents received on behalf of the client named below. These documents are being forwarded in accordance with your instructions.

| Date / Time Received | Transmittal # | Delivered to Agent by |
|---|---|---|
| 06/23/2025 12:00 PM in OHIO | OH-307567 | CERTIFIED MAIL |

**With Regard to Client**
AIR LIQUIDE ADVANCED TECHNOLOGIES U.S. LLC

**Title of Case or Action**
OHIO VALLEY CONCRETE LLC V GRUPPO EF TECNOLOGIE USA LLC ET AL

| Case Number | Type of Document Served |
|---|---|
| 25CV271 | CITATION/SUMMONS |

**Court Name**
COLUMBIANA COUNTY OH COMMON PLEAS COURT

**Note**


1-307567M

### Court of Common Pleas, Columbiana County, Lisbon, Ohio

*Summons*

Rule 4 1970, Ohio Rules of Civil Procedure

Case No.: 2025 CV 00271

MEGAN L BICKERTON
JUDGE

*Summons on Complaint*

OHIO VALLEY CONCRETE LLC
138572 COLUMBIANA CANFIELD RD
COLUMBIANA, OH 44408

Plaintiff(s)

VS.

GRUPPO EF TECNOLOGIES USA LLC
200 BROADWAY 3RD FLOOR
NEW YORK, NY 10038

Defendant(s)

**FILED**
Columbiana County Common Pleas Court
June 18, 2025
**ANTHONY J. DATTILIO**
**CLERK OF COURTS**

To the below named Defendant(s):
AIR LIQUIDE ADVANCES TECHNOLOGIES US LLC
C/O CAPITOL CORPORATE SERVICES INC., STATUTORY
4568 MAYFIELD RD SUITE 204
CLEVELAND, OH 44121

You are hereby summoned that a complaint (a copy of which is hereto attached and made a part hereof) has been filed against you in this Court by the Plaintiff(s) named herein.

You are required to serve upon the Plaintiff's Attorney, or upon the Plaintiff if no attorney of record, a copy of your answer to the complaint within 28 days after service of this summons upon you, exclusive of the day of service. **Said answer must be filed with this Court within three (3) days after service on Plaintiff's Attorney.**

The name and address of the Plaintiff's Attorney is as follows:

MARK L RODIO ESQ.                                (216)515-1660 (W)
200 PUBLIC SQUARE, SUITE 3000
CLEVELAND, OH 44114

If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

Witness, My signature and seal of said Court on this June 18, 2025,



**Anthony J. Dattilio**
105 South Market Street
Lisbon, Ohio 44432

Deputy Clerk

IN THE COURT OF COMMON PLEAS
COLUMBIANA COUNTY, OHIO

| | |
|---|---|
| OHIO VALLEY CONCRETE LLC,<br>138572 Columbiana Canfield Rd.<br>Columbiana, OH 44408<br><br>    *Plaintiff*,<br><br>v.<br><br>GRUPPO EF TECNOLOGIE USA, LLC,<br>200 Broadway, 3rd Floor<br>New York, NY 10038<br><br>AIR LIQUIDE ADVANCED<br>TECHNOLOGIES U.S. LLC,<br>c/o Capitol Corporate Services, Inc., Statutory Agent<br>4568 Mayfield Rd., Suite 204<br>Cleveland, OH 44121<br><br>    *Defendants*. | CASE NO. 25CV271<br><br>JUDGE    MEGAN L. BICKERTON<br><br><br><br><br><br><br><br><br><br><br><br><br>**COMPLAINT FOR BREACH OF<br>CONTRACT, ACTION ON ACCOUNT,<br>AND UNJUST ENRICHMENT** |

For its Complaint against Defendants Gruppo EF Tecnologie USA LLC ("Gruppo") and Air Liquide Advanced Technologies U.S. LLC ("Air Liquide"), Plaintiff Ohio Valley Concrete LLC ("Ohio Valley") alleges and states as follows:

1. Gruppo owes $2,082,332.00 to Ohio Valley pursuant to verbal and written contracts. The written contracts are attached hereto as Ex. 1.

2. Gruppo owes $2,082,332.00 to Ohio Valley pursuant to the account attached hereto as Ex. 2.

3. Payment is due to Ohio Valley in Columbiana County, Ohio.

4. Ohio Valley made improvements to real property owned by Air Liquide at the

1

direction of Gruppo which benefits both of them.

5. Upon information and belief, Air Liquide has knowledge of the benefits conferred and improvements made by Ohio Valley.

6. Gruppo and Air Liquide have benefited, and been unjustly enriched, by virtue of the labor, materials, equipment and improvements furnished by Ohio Valley.

7. The reasonable value of the benefit conferred on Gruppo and Air Liquide is $2,082,332.00.

8. The benefits conferred on Gruppo and Air Liquide are at the expense, and to the detriment, of Ohio Valley.

9. Gruppo and Air Liquide are jointly and severally liable to Ohio Valley in the amount of $2,082,332.00, plus interest.

WHEREFORE, Ohio Valley demands the Court enter judgment in its favor and against Gruppo and Air Liquide, jointly and severally, for compensatory damages of $2,082,332.00, plus interest, such reasonable attorney's fees as are permitted by law, costs, and expenses, and for such other and further relief as this Court deems just and equitable.

*signature*

Mark L. Rodio (0065134)
FRANTZ WARD LLP
200 Public Square, Suite 3000
Cleveland, OH 44114
Direct: (216) 515-1640
Fax: (216) 515-1650
mrodio@frantzward.com

*Attorney for Plaintiff Ohio Valley Concrete LLC*

# OHIO VALLEY CONCRETE

## A Solid Investment

### Agricultural Commercial

May 22, 2023

Ohio Valley Concrete LLC **WILL REQUIRE ALL** materials and labor to be paid in advance of work being done in the different stages or (steps). Example:
**Step 1.** Rebar for floor **Step 2.** Concrete for floor **Step 3.** Rebar for walls **Step 4.** Concrete for walls ETC and so forth

We will require three steps in advance payment in order for the project to not be held up due to waiting for products (materials) to arrive.

All change orders and LEGAL COSTS, example: Court costs, surveying, permitting, fines, etc. that should incur while doing this work (activity) at the Center Township Luciusboro Rd Center Township PA 15731 WILL BE PAID BY GRUPPO EF TECNOLOGIE USA LLC 12 EAST 10TH ST 3R 10003 NEW YORK. A more accurate estimate can be given once Ohio Valley Concrete LLC has a USA stamped print (DRAWING).
**ESTIMATES ARE ESTIMATES NOT INVOICES**

If worked by the hr. Ohio Valley Concrete LLC has a $60 per hr. base rate with a $90 per hr. for employees working over 40-hr. per week.

**Ohio Valley Concrete LLC**

*13857 Columbiana Canfield Rd*

*Columbiana Ohio 44408*

*Andy VanPelt Ph 330-406-6624*

*Email: avpovc@gmail.com*

**Bank Wire Info**

*Wayne Savings Community Bank*

*Routing # 241272040*

*Account # 8021902871*

<u>GRUPPO EF TECNOLOGIE USA LLC</u>

Print Name___Luca Sirugo_____    Signature_____

<u>Ohio Valley Concrete LLC</u>

Print Name__Andrew H VanPelt_____    Signature__Andrew H VanPelt_____

**EXHIBIT 1**

Phone: 330.406.6624 · Fax. 330.482.5220 · avpovc@gmail.com



**Ohio Valley Concrete**
13857 Col-Canfield Rd
Columbiana OH 44408

Office 330-406-6624
andrew.vanpelt@ovconcrete.com
wilbur@ovconcrete.com

November 1, 2023

Contract Between Gruppo and Ohio Valley Concrete

Entered into contract this 1st Day of November, 2023.

Gruppo Agrees:
1. To pay Ohio Valley Concrete $100,000.00 each week, continuing until Tanks 054 and 055 are paid in full. This will be applied to Tanks 054 and 055, not to other pads or tanks on this job site.
2. Upon completion of Tanks 054 and 055, to pay Ohio Valley Concrete an additional payment of $200,000.00.
3. In the event of unexpected expenses related to rebar or concrete, to contribute to these additional costs.
4. To cover any legal fees associated with entering into a formal contract with Ohio Valley Concrete.

Ohio Valley Concrete LLC agrees:
1. To resume work on Tank 054 within two workdays (excluding partial days) or sooner from the time money is deposited into Ohio Valley Concrete's account.
2. To complete Tanks 054 and 055 within 6 weeks, weather permitting.
3. To continuing work on other foundations at this job site.

Note that separate contracts will be written for the BUU pad and other tanks; those contracts and balances will not be affected by the weekly payment referred to in Line 1.

In the event of an unforeseen change of circumstances that renders either Ohio Valley Concrete or Gruppo unable to meet their part of the contract, both Ohio Valley Concrete and Gruppo hereby commit to informing the other party of the change in a timely manner to avoid undue stress, loss, or ruined confidences.

Fulfillment of these commitments on the part of both Ohio Valley Concrete and Gruppo will facilitate ongoing trust and encourage additional business endeavors in the future.

Failure of either Ohio Valley Concrete or Gruppo authorizes either company to revisit the contract.

Signed:

_Andrew H VanPelt_
Andrew H VanPelt
Ohio Valley Concrete LLC

_Luca Sirugo_
Luca Sirugo
Gruppo



**Ohio Valley Concrete**
13857 Col-Canfield Rd
Columbiana OH 44408

Office 330-406-6624
andrew.vanpelt@ovconcrete.com
wilbur@ovconcrete.com

Agreement between   Ohio Valley Concrete LLC & Gruppo In red Gruppo changes.

Payment Plan Starting January 19, 2024

$350,000.00 to start the job.   Ok The payment schedule is annexed

$200,000 BUU pad needs 50% of BUU payment to start. BUU Pad   We have 200,000 in our budget the payment schedule is annexed.

$ 150,000.00 each week without any exceptions until the total of the contract is paid in full.   Ok The payment schedule is annexed

The remaining balance will be paid when the wall of each tank is finished. Ok The payment schedule is annexed

Tanks 031,032,050,051,052,053,055

Sign Luca Sirugo _____

**Original Signed Agreement with Gruppo**

Tank 054 & 055    $1,400,000.00 x 2    Total $2,800,000.00    $1,200,000.00 currently paid.  BALANCE REMAINING --> $1,600,000.00

BUU Pad           $200,00.00

Total Agreed Upon With Gruppo $3,000,000.00 covering the above items   In our Budget is 3,000,000. The payment schedule is annexed
Change order for cleaning up and reinstalling collapsed rebar (15 men @ $65 per hr X 12 hr per day X 20 days )   Work should start before the end of the week of the signature.

Sign Luca Sirugo _____

**Contract for Completing the project in Center Township**

Tanks 050, 051, 052, 053    $1,250,000 x 2    $2,500,000    2,500,000 in our budget. payment schedule annexed
with double wall but no lids

Tanks 031 and 032           250,000  x 2      $500,000      500,000 in our budget Payment schedule TBD

With no lids

Office Pad, Electrical Pads    $38,000    ok

Total    $3,038,000    Ohio Valley is still working on the estimates for the lids for Tank 050, 051, 052, 053, 031, and 032.

Andrew Vanpelt, Owner of Ohio Valley Concrete, LLC
*Andrew VanPelt*                              Date: 1-16-2024
Luca Sirugo, Gruppo  _____           Date: 1/16/2024

Ohio Valley accepts this signed contract.
When payment of $350,000.00 is received and in our account, we will resume work on the project. If at any time payment is not received on schedule (as per attached document), Ohio Valley reserves the right to slow or to discontinue work at our discretion.

*Andrew VanPelt*                              Date: 1-17-2024
Andrew Vanpelt, Owner of Ohio Valley Concrete, LLC

Sign Luca Sirugo _____              Date  1/17/2024



**Ohio Valley Concrete**
13857 Col-Canfield Rd
Columbiana OH 44408

Office 330-406-6624
andrew.vanpelt@ovconcrete.com
wilbur.steiner@ovconcrete.com

Contract
Contract Date: July 30, 2024
Contract Between     Ohio Valley Concrete LLC
                          Gruppo

Section 1     Remaining Charges by Item

| Milestone (Description) | Status | Detail | Price |
|---|---|---|---|
| Charles Carr Farm Improvement Invoice 1767, Invoiced on June 2, 2023 | Work is Completed | | 70,942.93 |
| Change Order for Pour Cancel on September 12, 2023 Invoices 1835 & 1952 | | Change Order | 10,032.50 |
| Change Order for Work Stop due to payment delay, October 2023 Invoice 1864 | | Changer Order | 380,084.64 |
| Change Order on Manhole Sizes for Tank 054 and 055, Invoice 1930 | Work is completed | Change Order | 40,835.82 |
| Change Order on BUU Pad, Invoice 1945 | Work is completed | Change Order | 3,515.00 |
| Rebar Reclaim, Invoice 1914 | Work is Completed | | 36,267.79 |
| Remaining Balance on Tank 52-53 foundation and walls *1929* | Work is Completed | | 750,000.00 |
| Tank 032 | 60% completed | Value of Work completed>>> | 150,000 |
| Tank 034 | 60% completed | Value of Work completed>>> | 150,000 |
| Subtotal | Contracted Work Completed but Not Paid | | 1,120,942.93 |
| Subtotal | Change Orders completed but not paid | | 80,618.61 |
| Subtotal | Work Stop Invoices | | 390,117.14 |
| Total Value of Above List | | | 1,591,678.68 |

Page 1

| Remaining Steps to Completing Center Township (Ohio Valley scope of work) | | | |
|---|---|---|---|
| Finish Tank 032 walls | | | 100,000.00 |
| Finish Tank 034 walls | | | 100,000.00 |
| Scale Pad | | | 17,540.00 |
| Lid for Tank 032 | These lid prices are with Ohio Valley fitting them into our work schedule. We found an independent company who we could sub them out to, but the price would be more than 1 million higher. | | 244,000.00 |
| Lid for Tank 034 | | | 244,000.00 |
| Lid for Tank 050-051 | | | 1,002,000.00 |
| Lid for Tank 052-053 | | | 1,002,000.00 |
| Pour Driveway | Estimated | | 569,700.00 |
| Insulate Tank 54 | | As per quoted materials | 141,300 |
| Insulate Tank 55 | | As per quoted materials | 141,300 |
| Insulate Tank 32 | | As per quoted materials | 41,600 |
| Insulate Tank 34 | | As per quoted materials | 41,600 |
| Insulate Tank 50 large tank only | | As per quoted materials | 120,700 |
| Insulate Tank 52 large tank only | | As per quoted materials | 120,700 |
| Office Pad | Waiting for Prints | | |
| Other Misc Pads | Waiting for Details | | |
| Final Total | | | |

Continued on Next Page

Section 2      Payment and Scope of Work

Because we are carrying so much unpaid work from Center Twp, we find it necessary to tie Gernaat project to the Center Twp payments.

We also find it necessary to move to prepaid rather than postpaid over a period of time.

| Milestone Number | Milestone Name | Monday of Projected Start Week on this milestone | Invoice Amount for this milestone | Detailed Sum of Milestones beginning in the month | Total Invoice Amount | Ohio Valley Invoice Date | Payment Due to Ohio Valley by |
|---|---|---|---|---|---|---|---|
| 1 | Completed Contracted Work | | 1,120,942.93 | | 1,120,942.93 | 8/5/2024 | 8/12/2024 |
| | With payment of the above amount, work could resume. Alternately, we would accept the $1 million payment at Gernaat, along with a committed date for making the next payment at Center Twp, as sufficient guarantee to begin working again at Center Twp | | | | | | |
| 2 | Tanks 30-31 completion | | 200,000 | | | 8/5/2024 | 9/1/2024 |
| 3 | Scale Pad | 9/2/2024 | 17,540 | | | | |
| 4 | Tank 54 Wall Insulation | 9/9/2024 | 141,300 | 300,140 | 300,140 | 8/5/2024 | 9/16/2024 |
| 5 | Tank 55 Wall Insulation | 9/23/2024 | 141,300 | | | | |
| 6 | Office Pad | 10/7/2024 | | | | | |
| 7 | Other Small Pads | 10/14/2024 | | | | | |
| 8 | Lid on Tank 32 | 10/21/2024 | | | | 9/1/2024 | 10/1/2024 |
| 9 | Lid on Tank 34 | 10/28/2024 | | | | | |
| | Take care of Change Orders | | 80,618.61 | | | | |
| 10 | Lid on Tank 50-51 | | | | | | |
| 11 | Lid on Tank 52-53 | | | | | | |
| 12 | Insulate Tank 50 | | | | | | |
| 13 | Insulate Tank 52 | | | | | | |
| 14 | Insulate Tank 32 | | | | | | |
| 15 | Insulate Tank 34 | | | | | | |
| 16 | Pour Driveway | | | | | | |

**Considerations.**

1. While work is in progress, weekly progress updates to be assessed between Ohio Valley Concrete, Gruppo, and Air Liquide.
2. Needed adjustments (increase or decrease) to made on the invoice following the approved adjustment.
3. Adjustments to the work schedule (weather, number of workers, etc.) will be at Ohio Valley's discretion.
4. If work stops during the winter, Ohio Valley advises that all payments be held as they stand at the point of work stop, so that as soon as winter breaks there is no delay in moving into the work. If Air Liquide requires something otherwise that results in additional paperwork, funds transfers, or potential delays, charges will be added accordingly. When work resumes, the above scope will be adjusted accordingly to reflect the new dates.
5. Ohio Valley reserves the right to slow or pause work if payments are not made according to the contract.
6. This contract is good through August 31, 2024. Failure to sign or to meet payment requirements by that date may result in revisiting the numbers and terms.
7. If payments on this project are not resumed and maintained satisfactorily, the work in Gernaat MI may be delayed or halted as well.



**Ohio Valley Concrete**
138572 Columbiana Canfield Rd
Columbiana OH 44408

330-406-6624
andrew.vanpelt@ovconcrete.com
wilbur.steiner@ovconcrete.com

Billed to  Gruppo EF Technologies USA
910 S Pearl Expy, Dallas, TX 75201
Dallas TX 75201

Physical Location  155 Luciusboro Rd
Graceton, PA 15748
Or Blairsville, PA 15717

| Job | Invoice Price | Percent (%) Completed | Value Completed | Payments | Balance Due for % Completed per Line Item | Balance Due by 100% Completion of Line Item |
|---|---|---|---|---|---|---|
| Pre Construction costs | $ 50,000.00 | 100% | $ 50,000.00 | $ 50,000.00 | $ - | $ - |
| William Smith Farm | $ 37,265.24 | 100% | $ 37,265.24 | $ 37,265.24 | $ - | $ - |
| William Smith Farm | $ 136,885.86 | 100% | $ 136,885.86 | $ 136,885.86 | $ - | $ - |
| Wayne Frye Farm | $ 16,919.64 | 100% | $ 16,919.64 | $ 16,919.64 | $ - | $ - |
| Wayne Frye Farm | $ 16,919.64 | 100% | $ 16,919.64 | $ 16,919.64 | $ - | $ - |
| Roger Frye Farm | $ 12,421.78 | 100% | $ 12,421.78 | $ 12,421.78 | $ - | $ - |
| Roger Frye Farm | $ 65,942.93 | 100% | $ 65,942.93 | $ 65,942.93 | $ - | $ - |
| Jim Kepple Farm | $ 12,421.78 | 100% | $ 12,421.78 | $ 12,421.78 | $ - | $ - |
| Jim Kepple Farm | $ 66,825.07 | 100% | $ 66,825.07 | $ 66,825.07 | $ - | $ - |
| Bill Selembo Farm | $ 24,843.56 | 100% | $ 24,843.56 | $ 24,843.56 | $ - | $ - |
| Bill Selembo Farm | $ 62,858.62 | 100% | $ 62,858.62 | $ 62,858.62 | $ - | $ - |
| Charles Carr Farm | $ 12,421.78 | 100% | $ 12,421.78 | $ 12,421.78 | $ - | $ - |
| Charles Carr Farm | $ 70,942.93 | 100% | $ 70,942.93 | $ 70,942.93 | $ - | $ - |
| September 12 pour cancel | $ 8,888.50 | 100% | $ 8,888.50 | $ - | $ 8,888.50 | $ 8,888.50 |
| September 12 pour cancel | $ 1,144.00 | 100% | $ 1,144.00 | $ - | $ 1,144.00 | $ 1,144.00 |
| October 2023 Work Stop Invoice Due to Lack of Funds | $ 380,084.64 | 100% | $ 380,084.64 | $ - | $ 380,084.64 | $ 380,084.64 |
| Tanks 054 and 055 Change Manhole Sizes | $ 40,835.82 | 100% | $ 40,835.82 | $ - | $ 40,835.82 | $ 40,835.82 |
| January 2024 Rebar Collapse, Replace, Reclaim | $ 114,267.79 | 100% | $ 114,267.79 | $ 78,000.00 | $ 36,267.79 | $ 36,267.79 |



EXHIBIT 2



**Ohio Valley Concrete**
138572 Columbiana Canfield Rd
Columbiana OH 44408

330-406-6624
andrew.vanpelt@ovconcrete.com
wilbur.steiner@ovconcrete.com

Billed to  Gruppo EF Technologies USA
910 S Pearl Expy, Dallas, TX 75201
Dallas TX 75201

Physical Location  155 Luciusboro Rd
Graceton, PA 15748
Or Blairsville, PA 15717

| Job | Invoice Price | Percent (%) Completed | Value Completed | Payments | Balance Due for % Completed per Line Item | Balance Due by 100% Completion of Line Item |
|---|---|---|---|---|---|---|
| Tank 054 Floor & Walls | $ 1,423,654.07 | 100% | $ 1,423,654.07 | $ 1,423,654.07 | $ - | $ - |
| Tank 055 Floor & Walls | $ 1,400,000.00 | 100% | $ 1,400,000.00 | $ 1,400,000.00 | $ - | $ - |
| BUU Pad | $ 200,000.00 | 100% | $ 200,000.00 | $ 200,000.00 | $ - | $ - |
| Change Design on BUU Pad | $ 3,515.00 | 100% | $ 3,515.00 | $ - | $ 3,515.00 | $ 3,515.00 |
| Tank 050-051 Floor & Walls | $ 1,246,983.42 | 100% | $ 1,246,983.42 | $ 1,246,983.42 | $ - | $ - |
| Tank 052-053 Floor & Walls | $ 1,250,000.00 | 100% | $ 1,250,000.00 | $ 500,000.00 | $ 750,000.00 | $ 750,000.00 |
| Tank 032 Floor & Walls | $ 250,000.00 | 60% | $ 150,000.00 | $ - | $ 150,000.00 | $ 250,000.00 |
| Tank 034 Floor & Walls | $ 250,000.00 | 60% | $ 150,000.00 | $ - | $ 150,000.00 | $ 250,000.00 |
| Service Charge / Interest to October 31, 2024 | $ 94,660.67 | 100% | $ 94,660.67 | $ - | $ 94,660.67 | $ 94,660.67 |
| July 2024 Inactivity Value Loss to OVC | $ 75,000.00 | 100% | $ 75,000.00 | $ - | $ 75,000.00 | $ 75,000.00 |
| August Inactivity Value Loss to OVC | $ 75,000.00 | 100% | $ 75,000.00 | $ - | $ 75,000.00 | $ 75,000.00 |
| September Inactivity Value Loss to OVC | $ 75,000.00 | 100% | $ 75,000.00 | $ - | $ 75,000.00 | $ 75,000.00 |
| October Inactivity Value Loss to OVC | $ 75,000.00 | 100% | $ 75,000.00 | $ - | $ 75,000.00 | $ 75,000.00 |
| November Inactivity Value Loss to OVC | $ 75,000.00 | 100% | $ 75,000.00 | $ - | $ 75,000.00 | $ 75,000.00 |
| December Inactivity Value Loss to OVC | $ 75,000.00 | 100% | $ 75,000.00 | $ - | $ 75,000.00 | $ 75,000.00 |
| Service Charge / Interest Nov & Dec 2024 | $ 16,935.58 | 100% | $ 16,935.58 | $ - | $ 16,935.58 | $ 16,935.58 |

|  | Invoice Price | Value Completed | Payments | Balance Due for % Completed per Line Item | Total to complete above line items |
|---|---|---|---|---|---|
| Totals | $ 7,717,638.32 | $ 7,517,638.32 | $ 5,435,306.32 | $ 2,082,332.00 | $ 2,282,332.00 |




**ANTHONY J. D**
*Clerk of Cour*
COURT OF APPEALS • COURT OF COMMON PLEAS • MC
Columbiana County Courthou
P.O. Box 349
LISBON, OHIO 44432

9414 7266 9904 2237 6143 38

US POSTAGE PITNEY BOWES
ZIP 44432 $ 009.92
02 4W
0000370536 JUN 20 2025

2025 CV 00271

AIR LIQUIDE ADVANCES TECHNOLOGIES US LLC
C/O CAPITOL CORPORATE SERVICES INC.,
STATUTORY
4568 MAYFIELD RD SUITE 204
CLEVELAND, OH 44121

44121-405054