PEARSON, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| OHIO VALLEY CONCRETE LLC, | ) | |
| | ) | CASE NO. 4:25CV1531 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| GRUPPO EF TECNOLOGIE | ) | |
| USA, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | **SHOW CAUSE ORDER** |

On June 18, 2025, Plaintiff Ohio Valley Concrete LLC filed a Complaint (ECF No. 1-2 at PageID #: 37-46) against Gruppo EF Tecnologie USA, LLC ("Gruppo") and Air Liquide Advanced Technologies U.S. LLC ("Air Liquide") in the Columbiana County, Ohio Court of Common Pleas, being Case No. 2025 CV 00271. Air Liquide removed the case to this Court on July 23, 2025, on the basis of diversity jurisdiction conferred by 28 U.S.C. § 1332. *See* Notice of Removal (ECF No. 1).

Plaintiff and Defendants are all limited liability companies. *See* ECF No. 1 at PageID #: 2-3, ¶¶ 5(c)-(e).

When diversity jurisdiction is invoked in a case in which a limited liability company is a party, the court must be informed of the citizenship of each member of the company. "And because a member of a limited liability company may itself have multiple members—and thus may itself have multiple citizenships—the federal court needs to know the citizenship of each 'sub-member' as well." *Delay v. Rosenthal Collins Group, LLC*, 585 F.3d 1003, 1005 (6th Cir.

(4:25CV1531)

2009). *See also Americold Realty Trust v. Conagra Foods, Inc.*, 136 S. Ct. 1012, 1015-16 (2016) (reaffirming that for purposes of diversity of citizenship, the citizenship of an unincorporated business entity is determined by its members' citizenship).  Indeed, if even one of Plaintiff's members and Defendants' members—or one member of a member—is of the same state, then complete diversity, and with it federal jurisdiction, would be destroyed.  *See Caudill v. N. Am. Media Corp.*, 200 F.3d 914, 916 (6th Cir. 2000).

Accordingly, on or before August 11, 2025, Plaintiff and Defendants shall each file and serve a Jurisdictional Statement identifying the citizenship of all members of Plaintiff and Defendants.  *See Delay*, 585 F.3d at 1005 (holding that a limited liability company has the citizenship of each of its members).

IT IS SO ORDERED.

| | |
|---|---|
|   July 28, 2025   |   */s/ Benita Y. Pearson*   |
| Date | Benita Y. Pearson |
| | United States District Judge |