**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| OHIO VALLEY CONCRETE LLC, | ) | CASE NO. 4:25-cv-1531 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | |
| GRUPPO EF TECNOLOGIE USA, LLC | ) | |
| | ) | |
| -and - | ) | |
| | ) | |
| AIR LIQUIDE ADVANCED | ) | |
| TECHNOLOGIES U.S. LLC, | ) | |
| | | |
| Defendants. | | |

**CO-DEFENDANT GRUPPO EF TECHNOLOGIE USA, LLC'S**
**UNOPPOSED MOTION FOR LEAVE TO PLEAD**

Pursuant to Federal Rule of Civil Procedure 6(b), Co-Defendant Gruppo EF Tecnologie USA, LLC ("Gruppo") respectfully moves the Court for an extension of time to respond to Plaintiff Ohio Valley Concrete LLC's ("Ohio Valley Concrete") Complaint. In support of this Motion, Gruppo states as follows:

- Ohio Valley Concrete removed its Complaint on July 23, 2025, and Gruppos's deadline to respond was July 30.

- Gruppo requests an extension of 30 days, up to and including August 29, to file a responsive pleading.

- Good cause exists for this extension. Counsel for Gruppo was recently retained and requires additional time to review the Complaint, investigate factual allegations, and prepare a responsive pleading.

- The request for additional time is made in good faith, and no party will be prejudiced by the requested extension.

- The Court has scheduled a Telephonic Case Management Conference to take place on September 15, 2025 (ECF No. 12), such that Gruppo's request to file a responsive pleading on or before August 29 will not interfere with any existing case deadlines.

1

- Counsel for Gruppo conferred with Counsel for Ohio Valley Concrete, who represented that Ohio Valley Concrete does not oppose the requested extension.

Accordingly, Gruppo respectfully requests that the Court enter an Order extending the deadline to respond to the Complaint to August 29.

Respectfully submitted,

*/s/ Laura E. Kogan*
Laura E. Kogan (0087453)
Meggan A. Louden (0074215)
**BENESCH, FRIEDLANDER, COPLAN
  & ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email:      lkogan@beneschlaw.com
            mlouden@beneschlaw.com

*Attorneys for Defendant Gruppo EF Tecnologie
USA, LLC*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 18th day of August, 2025, a copy of the foregoing document was submitted for electronic filing.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

<div style="margin-left: 40%;">

*<u>Laura E. Kogan</u>*
Laura E. Kogan (0087453)
*One of the Attorneys for Defendant Gruppo EF*
*Tecnologie USA, LLC*

</div>