# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| OHIO VALLEY CONCRETE LLC, | ) CASE NO. 4:25-cv-01531-BYP |
| Plaintiff, | ) JUDGE BENITA Y. PEARSON |
| v. | ) |
| GRUPPO EF TECNOLOGIE USA, LLC, and AIR LIQUIDE ADVANCED TECHNOLOGIES U.S. LLC, | ) |
| Defendants. | ) |

## CO-DEFENDANT GRUPPO EF TECNOLOGIE USA, LLC'S CERTIFICATION OF COMPLIANCE WITH SERVICE OF INITIAL DISCLOSURES

In accordance with the Telephonic Case Management Order, Co-Defendant Gruppo EF Technologie USA, LLC's hereby certifies that it has served its Initial Disclosures on August 29, 2025.

Respectfully submitted,

/s/ Laura E. Kogan
Laura E. Kogan (0087453)
Meggan A. Louden (0074215)
**BENESCH, FRIEDLANDER, COPLAN**
**& ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email:  lkogan@beneschlaw.com
mlouden@beneschlaw.com

*Attorneys for Co-Defendant Gruppo EF Tecnologie USA, LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of August, 2025, a copy of the foregoing was submitted for electronic filing.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Laura E. Kogan*
Laura E. Kogan (0087453)
*Attorney for Co-Defendant Gruppo EF*
*Tecnologie USA, LLC*

27443605 v1