IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| OHIO VALLEY CONCRETE LLC<br><br>*Plaintiff,*<br><br>v.<br><br>GRUPPO EF TECNOLOGIE USA, LLC<br><br>and<br><br>AIR LIQUIDE ADVANCED TECHNOLOGIES U.S. LLC<br><br>*Defendants.* | Case No. 4:25-cv-01531<br><br>Judge Benita Y. Pearson |

**DEFENDANT AIR LIQUIDE ADVANCED TECHNOLOGIES U.S. LLC'S NOTICE OF SERVICE OF INITIAL DISCLSOURES**

Pursuant to the Telephonic Case Management Order, the undersigned certifies that the Initial Disclosures for Defendant Air Liquide Advanced Technologies U.S. LLC were served on September 2, 2025.

Respectfully submitted,

*/s/ Joseph R. Spoonster*
Joseph R. Spoonster (#0070863)
Nicholas J. Horrigan (#0087345)
HARPST BECKER LLC
1559 Corporate Woods Parkway, Ste. 250
Uniontown, OH 44685
jspoonster@harpstbecker.com
nhorrigan@harpstbecker.com
(330) 983-9971
(330) 983-9981 (fax)

CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of September 2025, a copy of the foregoing document was submitted for electronic filing. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Clerk of Court's E-Filing System.

      */s/ Joseph R. Spoonster*
      Joseph R. Spoonster (#0070863)