IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| OHIO VALLEY CONCRETE LLC, | ) | CASE NO. 4:25CV1531 |
| | ) | |
| *Plaintiff,* | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| v. | ) | |
| | ) | |
| GRUPPO EF TECNOLOGIE USA, LLC, *et al.*, | ) | |
| | ) | |
| *Defendants.* | ) | **DISCOVERY PLAN** |

1. Pursuant to Fed. R. Civ. P. 26(f) and LR 16.3(b)(3), a meeting was held on August 22, 2025, at 10:00 a.m. by Teams and was attended by:

   Mark Rodio, Esq.                   counsel for plaintiff(s) Ohio Valley

   Laura Kogan, Esq.                  counsel for defendant(s) Gruppo EF

   Joe Spoonster, Esq.[1]             counsel for defendant(s) Air Liquide

2. The parties recommend the following track:

   \_\_\_\_ Expedited    _X_ Standard    \_\_\_\_ Administrative
   \_\_\_\_ Complex                      \_\_\_\_ Mass Tort

3. This case is suitable for one or more of the following Alternative Dispute Resolution ("ADR") mechanisms:

   \_\_\_\_ Early Neutral Evaluation    \_\_\_\_ Summary Jury Trial

---

[1] Air Liquide has participated in the parties' planning meeting pursuant to the Court's Telephonic Case Management Scheduling Order (ECF #12). By participating in the parties' planning meeting Air Liquide does not consent to personal jurisdiction and expressly preserves and asserts the defense of lack of personal jurisdiction as set forth in its Motion to Dismiss (ECF #14).

1

   _X_   Mediation                         _____Summary Bench Trial

   _____Arbitration                    _X_   Case is not suitable

                                                                  for ADR at this time

Plaintiff Ohio Valley and Defendant Gruppo EF believe the case is suitable for mediation now; Defendant Air Liquide believes the case is not suitable for ADR at this time due to its pending Motion to Dismiss (ECF #14).

4. The parties _____do/ _X_ do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

5. Initial Disclosures: (check one)

    _X_    a) Plaintiff and Defendants made their initial disclosures on August 29, 2025, and September 2, 2025. Objections to initial disclosures under Fed. R. Civ. P. 26(a)(1) ___are/ _X_ are not made.

6. Subsequent proceedings (for ERISA cases): N/A.

7. Subsequent proceedings (for non-ERISA cases):

    a)     Recommended Discovery Plan: Describe the subjects on which discovery is to be sought and the nature and extent of discovery, including any limitation on the number of interrogatories, the number and/or length of depositions, and/or the number of requests for admission.

Ohio Valley will take discovery regarding its claims for breach of contract and unjust enrichment.

Gruppo intends to pursue targeted discovery to support claims of Air Liquide's misconduct including: (1) failing to pay Gruppo amounts due or approve change orders; (2) shifting costs downstream; (3) interfering with Gruppo's subcontractor relationship with Ohio Valley by issuing conflicting directives or withholding funds; (4) receiving the benefit of Ohio Valley's labor and Gruppo's coordination, time and labor without paying; (5) inducing Gruppo to proceed with extra work by promising payment or change-order approval that never materialized; and (6) engaging in

2

<u>obstructionist tactics, delays, and intentional underfunding.  Depending on the resolution of its Motion to Dismiss, Air Liquide  may take discovery regarding Ohio Valley's equitable payment claim for unjust enrichment. Air Liquide disputes the scope of Gruppo's described discovery subjects as exceeding the needs of the case and claims stated</u>

<u>Counsel for the parties do not suggest any modifications to discovery as provided in the Federal Rules of Civil Procedure.                                                                                   </u>

 b) The parties (indicate one):

   <u>            </u>agree that there will be no discovery of electronically-stored information; or

   <u>            </u>have agreed to a method for conducting discovery of electronically-stored information; or

   <u>  X       </u>have agreed to follow the default standard for discovery of electronically-stored information (Appendix K to N.D. Ohio Local Rules).

 c) The parties <u>  X          </u>have/<u>             </u>have not reached an agreement regarding the handling of disclosed privileged material.  *See* Fed. R. Civ. P. 16(b)(3)(B)(iv).  If the parties have reached an agreement for asserting claims of privilege or of protection as trial-preparation material after information is produced, please provide the agreement, including agreements reached under Fed. R. Evid. 502.

<u>The parties have agreed to Attachment No. 4, Stipulation Regarding Inadvertent Disclosure of Attorney-Client Privilege, Work Product Protection or Other Applicable Privilege.                                                                                                            </u>

  d) Discovery cut-off date:  <u> March 31, 2026</u>

  e) Recommended dispositive motion date: <u>April 30, 2026</u>

  f) Recommended cut-off for amending the pleadings and/or adding additional

      parties: October 31, 2025

    g)     Recommended date for a Status Conference: February 25, 2026

8. Other matters for the attention of the Court: Ohio Valley made its written settlement demand on August 25, 2025.  The Defendants responded by September 8, 2025.

Respectfully submitted,

/s/ Laura E. Kogan, Esq. (per consent)
Laura E. Kogan (0087453)
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: lkogan@beneschlaw.com
*Attorney for Defendant Gruppo EF Tecnologie USA, LLC*

/s/ Joseph R. Spoonster (per consent)
Joseph R. Spoonster (#0070863)
HARPST BECKER LLC
1559 Corporate Woods Parkway, Ste. 250
Uniontown, OH 44685
jspoonster@harpstbecker.com
(330) 983-9971
(330) 983-9981 (fax)
*Attorney for Defendant Air Liquide Advanced Technologies U.S. LLC*

/s/ Mark Rodio
Mark L. Rodio (0065134)
FRANTZ WARD LLP
200 Public Square, Suite 3000
Cleveland, OH  44114
Direct (216) 515-1640
Fax (216) 515-1650
mrodio@frantzward.com
*Attorney for Plaintiff Ohio Valley Concrete LLC*