IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GRUPPO EF TECNOLOGIE USA, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>AIR LIQUIDE ADVANCED TECHNOLOGIES U.S. LLC, et al.<br><br>*Defendants.* | Case No. 4:25-cv-01531<br><br>Judge Benita Y. Pearson |

**DEFENDANT AIR LIQUIDE ADVANCED TECHNOLOGIES U.S. LLC'S PETITION TO DISMISS OR TRANSFER AND STAY PENDING COMPLETION OF ARBITRATION[1]**

Defendant Air Liquide Advanced Technologies U.S. LLC ("ALATUS") moves the Court, pursuant to 9 U.S.C. §§3 and 4, for an order either dismissing this Action in favor of arbitration or transferring this Action to the United States District Court for the Southern District of Texas, Houston Division, and staying this Action pending final resolution of the arbitration action commenced by ALATUS. As detailed herein, the contract between ALATUS and Gruppo EF Tecnologie USA, LLC's ("Gruppo") absolutely requires that any disputes arising thereunder be resolved via arbitration before the American Arbitration Association ("AAA").

Despite this, Gruppo asserts a collection of deliberately-pled torts – causes of action that are superficially based on an assignment of claims by its subcontractor, Ohio Valley Concrete LLC ("OVC"), and are ***clearly designed to evade Gruppo's contractual commitment to arbitrate***. But

---

[1] This Petition is submitted in the alternative to ALATUS's Renewed Motion to Dismiss (Doc #27).

Gruppo's obligations under the contract are inescapable – this dispute must be resolved by arbitration. Accordingly, ALATUS filed a Demand for Arbitration with the AAA, which has been assigned Case No. 01-25-0005-0549.

A Memorandum in support of this Motion is attached. Appended to the Memorandum as Exhibit A is ALATUS' supporting Affidavit, Exhibit B is ALATUS' AAA Arbitration Demand, Exhibit C is the Termination Notice to Gruppo, Exhibit D and E are the parties' Agreements with Terms and Conditions to the Agreements, and Exhibit F is OVC's Pennsylvania Mechanic's Lien.

Respectfully submitted,

*/s/ Joseph R. Spoonster*
Joseph R. Spoonster (#0070863)
Nicholas J. Horrigan (#0087345)
HARPST BECKER LLC
1559 Corporate Woods Parkway, Ste. 250
Uniontown, OH 44685
jspoonster@harpstbecker.com
nhorrigan@harpstbecker.com
(330) 983-9971
(330) 983-9981 (fax)

## MEET AND CONFER CERTIFICATION

The undersigned certifies that a written request to dismiss this case was sent to opposing counsel on October 9, 2025 and the undersigned reassessed its position in response to Plaintiff's response thereto and does believe that dismissal is appropriate based on the reasons set forth in the attached Memorandum.

*/s/ Joseph R. Spoonster*
Joseph R. Spoonster (#0070863)

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2025, a copy of the foregoing document was submitted for electronic filing. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Clerk of Court's E-Filing System.

*/s/ Joseph R. Spoonster*
Joseph R. Spoonster (#0070863)