Arbitration Motion

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GRUPPO EF TECNOLOGIE USA, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>AIR LIQUIDE ADVANCED TECHNOLOGIES U.S. LLC, et al.<br><br>*Defendants.* | Case No. 4:25-cv-01531<br><br>Judge Benita Y. Pearson |

## **AFFIDAVIT OF VIKALP SINGH**

COUNTY OF HARRIS

STATE OF TEXAS

The undersigned, Vikalp Singh, first being duly sworn, deposes and says:

1. My name is Vikalp Singh. I am of sound mind, suffer no legal disabilities, and am fully competent in all respects to make this affidavit. I am over the age of eighteen and the following matters are true and correct based on my personal knowledge or upon information available to me in my capacity as Senior Director, Engineering and Project Delivery at Air Liquide Advanced Technologies U.S. LLC ("ALATUS").

2. Gruppo EF Tecnologie USA, LLC ("Gruppo") holds itself out as a biogas plant manufacturer. ALATUS hired Gruppo as the general contractor for the construction of a new biogas facility owned by ALATUS in Center Township, Pennsylvania (the "Pennsylvania Project").

3. ALATUS also hired Gruppo as the general contractor for the construction of a new biogas facility owned by ALATUS in Falmouth, Michigan (the "Michigan Project").

1

4. True and accurate copies of the Engineering, Procurement and Construction Agreement for the Pennsylvania and Michigan Projects with their Terms and Conditions are attached as Exhibit D and E.

5. Gruppo in turn subcontracted with Ohio Valley Concrete LLC ("OVC") to perform a certain concrete scope of work on the Pennsylvania Project.

6. ALATUS was not involved in that subcontracting decision and did not partake in any contract negotiations to engage OVC as a subcontractor for the Pennsylvania Project.

7. Gruppo mismanaged both projects, and, in an effort to achieve completion of one, the parties entered into an Early Termination Agreement for the Michigan Project so that Gruppo could refocus its efforts on the Pennsylvania Project.

8. Gruppo signed the Early Termination Agreement, promising it would be able to complete the Pennsylvania Project in eighteen months for a total cost of $16.83 million.

9. ALATUS issued its Notice to Proceed with the Pennsylvania Project on September 6, 2022.

10. To date, ALATUS has paid Gruppo $17.1 million directly for its work on the Pennsylvania Project, and the work is only approximately 40% complete.

11. Ultimately, ALATUS terminated Gruppo from the Pennsylvania Project due to Gruppo's mismanagement of the Pennsylvania Project. A true and accurate copy of the Notice of Termination to Gruppo is attached as Exhibit C.

12. OVC has filed a Mechanic's Lien against the Pennsylvania Project, a true and accurate copy of which is attached as Exhibit F.

13. ALATUS has filed a Demand for Arbitration against Gruppo with the American Arbitration Association as Case No. 01-25-0005-0549, a true and accurate copy of which attached as Exhibit B.

14. This concludes my affidavit.

Air Liquide Advanced Technologies U.S. LLC

_____
VIKALP SINGH, Senior Director, Engineering and Project Delivery

SWORN TO AND SUBSCRIBED before me this 10th day of October, 2025 by Vikalp Singh, who (is personally known to me) or who has produced _____ as identification.

_____
Notary Public

CHERYL R LERO
Notary ID #5521704
My Commission Expires
July 26, 2027

3