Arbitration Motion

# EXHIBIT F

ROTH, BLAIR, ROBERTS, STRASFELD & LODGE, L.P.A.
By: Dominic F. Carano, Esq.
Pa. Bar ID # 333372
By: Christopher P. Lacich, Esq.
Pa. Bar ID # 65267
100 East Federal Street, Suite 600
Youngstown, Ohio 44503-1893
Telephone: (330) 744-5211

Counsel for Claimant, Ohio Valley Concrete LLC, an Ohio limited liability company

**IN THE COURT OF COMMON PLEAS OF
INDIANA COUNTY, PENNSYLVANIA
CIVIL DIVISION**

INDIANA COUNTY PROTHONOTARY AND CLERK OF COURTS
2024 SEP 16 AM 11:41

| | | |
|---|---|---|
| **OHIO VALLEY CONCRETE LLC,**<br><br>Claimant,<br><br>v.<br><br>**AIR LIQUIDE ADVANCED TECHNOLOGIES U.S., LLC,**<br><br>Respondent. | : | **MECHANIC'S LIEN CLAIM**<br><br>NO. 11434 CD 2024 |

**MECHANIC'S LIEN CLAIM**

PLEASE TAKE NOTICE that **OHIO VALLEY CONCRETE LLC** ("**Claimant**"), by and through undersigned counsel, hereby makes the following claim for a mechanic's lien (the "**Claim**") against certain real property described herein:

1. Claimant is an Ohio limited liability company having its principal place of business at **13857 Columbiana Canfield Road, Columbiana, Ohio 44408**.

2. Claimant, as a sub-contractor, provided labor, services, materials, or equipment (the "**Work**") for the improvement of the real property located in the **County of Indiana** at **119 Business Park, Lot 2, Center Township, Pennsylvania 15748** (the "**Property**"). The Property's Indiana County Uniform Parcel Identifier Number is **12-023-127.01A1**, and is further described as follows:

See **Exhibit A-1** attached hereto and incorporated herein.

3. The owner of the Property and improvement subject to the lien, according to Indiana County tax records is **AIR LIQUIDE ADVANCED TECHNOLOGIES U.S., LLC** ("**Owner**") whose tax mailing address is **2790 Mosside Boulevard, Suite 195, Monroeville, Pennsylvania 15146**.

4. Claimant files this Claim as a subcontractor. Claimant provided the Work under a written subcontractor agreement with **GRUPPO EF TECHNOLOGIES USA, LLC**, a New York limited liability company, whose address is **12 East 10th Street, #3R, New York City, New York 10003** (the "**Contractor**") in connection with the improvement to the Property. A copy of the most recent written subcontractor agreement, dated **January 17, 2024**, is attached hereto as **Exhibit B-1** and incorporated herein.

5. Claimant served notice of his intention to file this Claim via USPS Certified Mail – Return Receipt Requested, on **August 13, 2024**, to the Owner and General Contractor at their respective addresses. A copy of the Notice of Intention to File a Mechanic's Lien and officially stamped Certified Mail Receipts to each listed mailing address are attached hereto as **Exhibit C-1** and incorporated herein.

6. Claimant began the Work on **January 19, 2024**.

7. Claimant completed the Work on **July 1, 2024**.

8. A description of the Work performed by Claimant is attached hereto as **Exhibit D-1** and incorporated herein.

9. The current amount due to Claimant for the completed Work is **ONE MILLION TWO HUNDRED ONE THOUSAND FIVE HUNDRED SIXTY-ONE DOLLARS AND FIFTY FOUR CENTS ($1,201,561.54)**, as set forth in the receivables breakdown in Section 1 of **Exhibit D-1**.

Respectfully submitted,

ROTH, BLAIR, ROBERTS, STRASFELD & LODGE, L.P.A.

**September 16, 2024**

By: ______________________________

**DOMINIC F. CARANO, ESQ. (PA I.D. 333372)**
**CHRISTOPHER P. LACICH, ESQ. (PA I.D. 65267)**
100 East Federal Street, Suite 600
Youngstown, OH 44503-1893
Phone: (330) 744-5211
Facsimile: (330) 744-5211
Emails: dcarano@roth-blair.com
clacich@roth-blair.com

Counsel for Claimant, Ohio Valley Concrete LLC, an Ohio limited liability company

ROTH, BLAIR, ROBERTS, STRASFELD & LODGE, L.P.A.
By: Dominic F. Carano, Esq.
Pa. Bar ID # 333372
By: Christopher P. Lacich, Esq.
Pa. Bar ID # 65267
100 E. Federal St., Ste 600, Youngstown, OH 44503
(330) 744-5211

Counsel for Claimant, Ohio Valley Concrete LLC, an Ohio limited liability company

**IN THE COURT OF COMMON PLEAS OF INDIANA COUNTY, PENNSYLVANIA CIVIL DIVISION**

| | | |
|---|---|---|
| **OHIO VALLEY CONCRETE LLC,** | : | |
| Claimant, | : | **CERTIFICATION OF COMPLIANCE WITH CASE RECORDS PUBLIC ACCESS POLICY** |
| v. | : | |
| **AIR LIQUIDE ADVANCED TECHNOLOGIES U.S., LLC,** | : | NO. 11434 CD 2024 |
| Respondent. | : | |

**CERTIFICATION OF COMPLIANCE WITH CASE RECORDS PUBLIC ACCESS POLICY**

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

**September 16, 2024**

**DOMINIC F. CARANO, ESQ. (PA I.D. 333372)**
**CHRISTOPHER P. LACICH, ESQ. (PA I.D. 65267)**
100 East Federal Street, Suite 600
Youngstown, OH 44503-1893
Phone: (330) 744-5211
Facsimile: (330) 744-5211
Emails: dcarano@roth-blair.com
clacich@roth-blair.com

# CERTIFICATE OF SERVICE

I certify that the Indiana County, Pennsylvania Sheriff's Department has been instructed to serve a copy of the foregoing Mechanic's Lien Claim on the Owner on this **16th** day of **September, 2024**, to the following address:

**AIR LIQUIDE ADVANCED TECHNOLOGIES, U.S., LLC**
2790 Mosside Boulevard, Suite 195
Monroeville, Pennsylvania 15146

Additionally, a courtesy copy of the foregoing Mechanic's Lien Claim was served via Prepaid First Class United States Mail and Certified Mail – Return Receipt Requested on this **16th** day of **September, 2024**, upon the following:

**AIR LIQUIDE ADVANCED TECHNOLOGIES U.S., LLC**
200 GBC Drive
Newark, Delaware 19702-2462

**GRUPPO EF TECHNOLOGIES USA, LLC**
12 East 10th Street, # 3R
New York City, New York 10003

**DOMINIC F. CARANO, ESQ. (PA I.D. 333372)**
**CHRISTOPHER P. LACICH, ESQ. (PA I.D. 65267)**
ROTH, BLAIR, ROBERTS, STRASFELD & LODGE, L.P.A.
100 East Federal Street, Suite 600
Youngstown, OH 44503-1893
Phone: (330) 744-5211
Facsimile: (330) 744-5211
Emails: dcarano@roth-blair.com
clacich@roth-blair.com

**VERIFICATION OF DOMINIC F. CARANO, ESQ.**

I, **DOMINIC F. CARANO, ESQ.**, verify that the statements of fact made in the foregoing MECHANIC'S LIEN CLAIM are true and correct, not from my personal knowledge, but from information provided to me by the Claimant and/or other third-party sources. A verification to the MECHANIC'S LIEN CLAIM will be provided to the Court by Claimant, within thirty (30) days of the filing of the same.

I understand that false statements herein made are subject to penalties of 18 Pa. C.S. Section 4904 related to unsworn falsification to authorities.

**September 16, 2024**

**DOMINIC F. CARANO, ESQ.**
**(PA I.D. 333372)**

**VERIFICATION OF CHRISTOPHER P. LACICH, ESQ.**

I, **CHRISTOPHER P. LACICH, ESQ.**, verify that the statements of fact made in the foregoing MECHANIC'S LIEN CLAIM are true and correct, not from my personal knowledge, but from information provided to me by the Claimant and/or other third-party sources. A verification to the MECHANIC'S LIEN CLAIM will be provided to the Court by Claimant, within thirty (30) days of the filing of the same.

I understand that false statements herein made are subject to penalties of 18 Pa. C.S. Section 4904 related to unsworn falsification to authorities.

**September 16, 2024**

**CHRISTOPHER P. LACICH, ESQ.**
**(PA I.D. 65267)**

PLAINTIFF'S
EXHIBIT
A-1
tabbies

## EXHIBIT A-1

## LEGAL DESCRIPTION

**ALL** that certain piece, parcel or tract of land situate in the Township of Center, County of Indiana and Commonwealth of Pennsylvania, bounded and described as follows:

**BEGINNING** at a railroad spike in stone pile at the northwestern corner of the property herein conveyed; thence along line of lands now or formerly of Joseph Canton and Joy J. Canton, Trustees of the Joseph Canton and Joy J. Canton Living Trust, South 56° 00' 14" East 420.77 feet to a 5/8 inch rebar; thence South 01° 36' 05" East 877.49 feet to a 5/8 inch rebar; thence South 89° 28' 50" West 491.69 feet to a 5/8 inch rebar with cap; thence North 51° 07' 10" West 263.21 feet to a point along the eastern line of a road; thence along the eastern line of the road, North 28° 30' 51" East 207.58 feet to a point; thence along a curve to the right with a radius of 165.00 feet and a chord of 167.66 feet, North 59° 02' 54" East 175.86 feet to a point; thence North 89° 34' 57" East 22.66 feet to a point; thence along a curve to the right having a radius of 42.00 feet and a chord of 33.30 feet, North 67° 03' 48" West 34.24 feet to a point; thence along a curve to the left on a cul-de-sac with a radius of 63.00 feet a length of 300.64 feet to a point; thence along a curve to the right having a radius of 42.00 feet and a chord of 33.30 feet, South 66° 13' 43" West 34.24 feet to a point; thence South 89° 34' 57" West 22.66 feet to a point; thence along a curve to the left having a radius of 225.00 feet and a chord of 85.08 feet, South 78° 41' 05" West 85.59 feet to a point; thence North 22° 12' 47" West 43.77 feet to a 5/8 inch rebar with cap set; thence North 21° 14' 56" East 612.66 feet to a railroad spike in stone pile, the place of beginning. CONTAINING 11.348 acres and being designated as proposed Lot No. 2 on a Subdivision Plan for the Indiana County Development Corporation by Stiffler, McGraw and Associates, dated March 29, 2021 and recorded in the Recorder's Office of Indiana County, Pennsylvania as Instrument No. 2022-333101.

**UNDER AND SUBJECT** to the Declaration of Easements, Covenants, Conditions and Restrictions for 119 Business Park by the Indiana County Development Corporation dated October 25, 2022, and recorded in the Recorder's Office of Indiana County, Pennsylvania as Instrument No. 2022-333102.

**EXCEPTING AND RESERVING** to Alice Yanity, Marjorie C. Yanity and Tony Yanity, their heirs and assigns, all of the coal and mining rights and all of the oil and gas, together with normal rights for exploring for, operating for, removing the same and transporting the same from the premises.

**UNDER AND SUBJECT** to a right of way to the Lower Indiana County Municipal Authority dated September 7, 1956 and recorded in Deed Book Volume 456, Page 538.

**UNDER AND SUBJECT** to a right of way to the Pennsylvania Electric Company dated July 24, 1945 and recorded in Deed Book Volume 332, Page 582.

**UNDER AND SUBJECT** to a pipeline right of way to Keystone Energy dated April 1, 1986 and recorded in Deed Book Volume 890, Page 495.

**UNDER AND SUBJECT** to a pipeline right of way to Adobe Resources dated April 1, 1986 and recorded in Deed Book Volume 891, Page 659.

**UNDER AND SUBJECT** to a gas line right of way to Phillips Production Company dated March 15, 1983 and recorded in Deed Book Volume 831, Page 659.

**UNDER AND SUBJECT** to a right of way to the Indiana County Street Railway Company dated August 28, 1908 and recorded in Deed Book Volume 112, Page 517.

**UNDER AND SUBJECT** to an easement from Indiana County Development Corporation to Central Indiana Joint Sanitary Authority recorded March 29, 2017 in Instrument No. 2017-281627.

**UNDER AND SUBJECT** to an easement from Indiana County Development Corporation to Pennsylvania Electric Company recorded January 26, 2016 in Instrument No. 2016-270960.

**UNDER AND SUBJECT** to an easement from Indiana County Development Corporation to Pennsylvania Electric Company recorded January 26, 2016 in Instrument No. 2016-270961.

**UNDER AND SUBJECT** to an easement from Indiana County Development Corporation to Pennsylvania Electric Company recorded January 26, 2016 in Instrument No. 2016-270962.

**UNDER AND SUBJECT** to a deed of easement from Joseph Canton and Joy J. Canton to The Central Indiana County Water Authority recorded December 19, 2008 in Instrument No. 2008-193388.

**UNDER AND SUBJECT** to a right of way easement from Joseph Land Development, LLC to Central Indiana County Joint Sanitary Authority recorded February 25, 2003 in Deed Book Volume 1260, Page 526.

**UNDER AND SUBJECT** to a right of way from Joseph Land Development, LLC to Evergreen Landfill, Inc. recorded August 15, 2001 in Deed Book Volume 1210, Page 23.

**UNDER AND SUBJECT** to an Oil and Gas Lease from Casmer Yanity, et. al, to TW Phillips Gas and Oil Company dated April 22, 1971 and recorded in Deed Book Volume 623, Page 23, and any subsequent amendments, assignments, interest and royalty transfers, ratifications, mortgages, supplements or declaration of pooled units relating thereto.

**ALSO UNDER AND SUBJECT** to all matters set forth in the Joseph Canton and Joy J. Canton Living Trust and Joseph Land Development, LLC Minor Subdivision, dated September 1, 2010, and recorded in the Recorder's Office of Indiana County as Instrument No. 2011-217438, and all matters set forth in Subdivision Plan for the Indiana County Development Corporation, dated March 29, 2021 and recorded in the Recorder's Office of Indiana County, Pennsylvania as Instrument No. 2022-333101.

**BEING** a portion of the same premises title to which became vested in the Indiana County Development Corporation by deed of Joseph Land Development LLC, a Pennsylvania limited liability company, and Joseph Canton and Joy J. Canton, Trustees of the Joseph Canton and Joy J. Canton Living Trust, dated August 10, 2000, dated February 18, 2011 and recorded in the Recorder's Office of Indiana County as Instrument No. 2011-217439.

The above-described premises are known as Indiana County Uniform Parcel Identifier Number 12-023-127.01A1.



**Ohio Valley Concrete**
**13857 Col-Canfield Rd**
**Columbiana OH 44408**

Office 330-406-6624
andrew.vanpelt@ovconcrete.com
wilbur@ovconcrete.com

**PLAINTIFF'S EXHIBIT B-1**

Agreement between Ohio Valley Concrete LLC & Gruppo In red Gruppo changes

Payment Plan Starting January 19, 2024

$350,000.00 to start the job Ok The payment schedule is annexed

$200,000 BUU pad needs 50% of BUU payment to start. BUU Pad We have 200.000 in our budget the payment schedule is annexed

$ 150,000.00 each week without any exceptions until the total of the contract is paid in full. Ok The payment schedule is annexed

The remaining balance will be paid when the wall of each tank is finished. Ok The payment schedule is annexed

Tanks 031,032,050,051,052,053,055

Sign Luca Sirugo [signature]

---

**Original Signed Agreement with Gruppo**

Tank 054 & 055 $1,400,000.00 x 2 Total $2,800,000.00 $1,200,000.00 currently paid BALANCE REMAINING -> $1,600,000.00

BUU Pad $200,00.00

**Total Agreed Upon With Gruppo $3,000,000.00 covering the above items** In our Budget is 3.000.000 The payment schedule is annexed

**Change order for cleaning up and reinstalling collapsed rebar (15 men @ $65 per hr X 12 hr per day X 20 days )** Work should start before the end of the week of the signature

Sign Luca Sirugo [signature]

---

Contract for Completing the project in Center Township

| | | | |
|---|---|---|---|
| Tanks 050, 051, 052, 053 with double wall but no lids | $1,250,000 x 2 | $2,500,000 | 2.500.000 in our budget payment schedule annexed |
| Tanks 031 and 032 | 250,000 x 2 | $500,000 | 500.000 in our budget Payment schedule TBD |
| With no lids | | | |
| Office Pad, Electrical Pads | $38,000 | | ok |
| **Total** | **$3,038,000** | | |

Ohio Valley is still working on the estimates for the lids for Tank 050, 051, 052, 053, 031, and 032.

---

Andrew Vanpelt, Owner of Ohio Valley Concrete, LLC

*Andrew VanPelt* Date: 1-16-2024

Luca Sirugo, Gruppo [signature] Date: 1/16/2024

---

Ohio Valley accepts this signed contract.

When payment of $350,000.00 is received and in our account, we will resume work on the project. If at any time payment is not received on schedule (as per attached document), Ohio Valley reserves the right to slow or to discontinue work at our discretion.

*Andrew VanPelt* Date: 1-17-2024

Andrew Vanpelt, Owner of Ohio Valley Concrete, LLC

Sign Luca Sirugo [signature] Date 1/17/2024

Sent Via: CERTIFIED MAIL – RETURN RECEIPT REQUESTED

**NOTICE OF INTENTION TO FILE MECHANIC'S LIEN CLAIM**

PLAINTIFF'S EXHIBIT C-1

Date: **August 13, 2024**

To: **AIR LIQUIDE ADVANCED TECHNOLOGIES U.S., LLC**
200 GBC Drive
Newark, Delaware 19702-2462

To: **AIR LIQUIDE ADVANCED TECHNOLOGIES U.S., LLC**
2790 Mosside Boulevard, Suite 195
Monroeville, Pennsylvania 15146

cc: **GRUPPO EF TECHNOLOGIES USA, LLC**
12 East 10th Street, #3R
New York City, New York 10003

PLEASE TAKE NOTICE that **OHIO VALLEY CONCRETE LLC**, an Ohio limited liability company ("**Claimant**"), with an address at 13857 Columbiana Canfield Road, Columbiana, Ohio 44408, intends to file a claim for a mechanic's lien (the "**Claim**") pursuant to the Pennsylvania Mechanic's Lien Law of 1963 (49 P.S. §§ 1101 to 1902) (the "**Lien Law**") with the prothonotary for the Court of Common Pleas of Indiana County, Pennsylvania.

1. The real property subject to the Claim (the "**Property**") is located at 119 Business Park, Lot 2, Center Township, Pennsylvania 15748, and more fully described in **Exhibit "A"** attached hereto.

2. The Property is owned by **AIR LIQUIDE ADVANCED TECHNOLOGIES U.S., LLC**, a Delaware limited liability company, whose addresses are 200 GBC Drive, Newark, Delaware 19702-2462 and 2790 Mosside Boulevard, Suite 195, Monroeville, Pennsylvania 15146.

3. Claimant provided the Work pursuant to the terms of a written subcontractor agreement with **GRUPPO EF TECHNOLOGIES USA, LLC**, a New York limited liability company, whose address is 12 East 10th Street, #3R, New York City, New York 10003 (the "**Contractor**"), dated January 17, 2024. Claimant furnished certain materials or performed certain labor (the "**Work**") in furtherance of improvements of the Property, which are further described in the written subcontractor agreement attached hereto as **Exhibit "B"**.

4. Claimant began the Work on **January 19, 2024**, and completed the Work on **July 1, 2024**.

5. The amount due to Claimant for the completed Work is **One Million Two Hundred One Thousand Five Hundred Sixty-One Dollars and Fifty-Four Cents ($1,201,561.54)**.

This letter is your formal notice under the Lien Law (49 P.S. § 1501) of Claimant's intention to file the Claim, in not less than 30 days after service of this notice, to secure payment of the amount due.

ROTH, BLAIR, ROBERTS, STRASFELD & LODGE

By: ____________________

**DOMINIC F. CARANO, ESQ. (PA I.D. 333372)**
**CHRISTOPHER P. LACICH, ESQ. (PA I.D. 65267)**
100 East Federal Street, Suite 600
Youngstown, Ohio 44503-1893
Phone: (330) 744-5211
Facsimile: (330) 744-3184
Email: dcarano@roth-blair.com
clacich@roth-blair.com

Counsel for Claimant, Ohio Valley Concrete, LLC

**EXHIBIT A**

**LEGAL DESCRIPTION**

**ALL** that certain piece, parcel or tract of land situate in the Township of Center, County of Indiana and Commonwealth of Pennsylvania, bounded and described as follows:

**BEGINNING** at a railroad spike in stone pile at the northwestern corner of the property herein conveyed; thence along line of lands now or formerly of Joseph Canton and Joy J. Canton, Trustees of the Joseph Canton and Joy J. Canton Living Trust, South 56° 00' 14" East 420.77 feet to a 5/8 inch rebar; thence South 01° 36' 05" East 877.49 feet to a 5/8 inch rebar; thence South 89° 28' 50" West 491.69 feet to a 5/8 inch rebar with cap; thence North 51° 07' 10" West 263.21 feet to a point along the eastern line of a road; thence along the eastern line of the road, North 28° 30' 51" East 207.58 feet to a point; thence along a curve to the right with a radius of 165.00 feet and a chord of 167.66 feet, North 59° 02' 54" East 175.86 feet to a point; thence North 89° 34' 57" East 22.66 feet to a point; thence along a curve to the right having a radius of 42.00 feet and a chord of 33.30 feet, North 67° 03' 48" West 34.24 feet to a point; thence along a curve to the left on a cul-de-sac with a radius of 63.00 feet a length of 300.64 feet to a point; thence along a curve to the right having a radius of 42.00 feet and a chord of 33.30 feet, South 66° 13' 43" West 34.24 feet to a point; thence South 89° 34' 57" West 22.66 feet to a point; thence along a curve to the left having a radius of 225.00 feet and a chord of 85.08 feet, South 78° 41' 05" West 85.59 feet to a point; thence North 22° 12' 47" West 43.77 feet to a 5/8 inch rebar with cap set; thence North 21° 14' 56" East 612.66 feet to a railroad spike in stone pile, the place of beginning. CONTAINING 11.348 acres and being designated as proposed Lot No. 2 on a Subdivision Plan for the Indiana County Development Corporation by Stiffler, McGraw and Associates, dated March 29, 2021 and recorded in the Recorder's Office of Indiana County, Pennsylvania as Instrument No. 2022-333101.

**UNDER AND SUBJECT** to the Declaration of Easements, Covenants, Conditions and Restrictions for 119 Business Park by the Indiana County Development Corporation dated October 25, 2022, and recorded in the Recorder's Office of Indiana County, Pennsylvania as Instrument No. 2022-333102.

**EXCEPTING AND RESERVING** to Alice Yanity, Marjorie C. Yanity and Tony Yanity, their heirs and assigns, all of the coal and mining rights and all of the oil and gas, together with normal rights for exploring for, operating for, removing the same and transporting the same from the premises.

**UNDER AND SUBJECT** to a right of way to the Lower Indiana County Municipal Authority dated September 7, 1956 and recorded in Deed Book Volume 456, Page 538.

**UNDER AND SUBJECT** to a right of way to the Pennsylvania Electric Company dated July 24, 1945 and recorded in Deed Book Volume 332, Page 582.

**UNDER AND SUBJECT** to a pipeline right of way to Keystone Energy dated April 1, 1986 and recorded in Deed Book Volume 890, Page 495.

**UNDER AND SUBJECT** to a pipeline right of way to Adobe Resources dated April 1, 1986 and recorded in Deed Book Volume 891, Page 659.

**UNDER AND SUBJECT** to a gas line right of way to Phillips Production Company dated March 15, 1983 and recorded in Deed Book Volume 831, Page 659.

**UNDER AND SUBJECT** to a right of way to the Indiana County Street Railway Company dated August 28, 1908 and recorded in Deed Book Volume 112, Page 517.

**UNDER AND SUBJECT** to an easement from Indiana County Development Corporation to Central Indiana Joint Sanitary Authority recorded March 29, 2017 in Instrument No. 2017-281627.

**UNDER AND SUBJECT** to an easement from Indiana County Development Corporation to Pennsylvania Electric Company recorded January 26, 2016 in Instrument No. 2016-270960.

**UNDER AND SUBJECT** to an easement from Indiana County Development Corporation to Pennsylvania Electric Company recorded January 26, 2016 in Instrument No. 2016-270961.

**UNDER AND SUBJECT** to an easement from Indiana County Development Corporation to Pennsylvania Electric Company recorded January 26, 2016 in Instrument No. 2016-270962.

**UNDER AND SUBJECT** to a deed of easement from Joseph Canton and Joy J. Canton to The Central Indiana County Water Authority recorded December 19, 2008 in Instrument No. 2008-193388.

**UNDER AND SUBJECT** to a right of way easement from Joseph Land Development, LLC to Central Indiana County Joint Sanitary Authority recorded February 25, 2003 in Deed Book Volume 1260, Page 526.

**UNDER AND SUBJECT** to a right of way from Joseph Land Development, LLC to Evergreen Landfill, Inc. recorded August 15, 2001 in Deed Book Volume 1210, Page 23.

**UNDER AND SUBJECT** to an Oil and Gas Lease from Casmer Yanity, et. al, to TW Phillips Gas and Oil Company dated April 22, 1971 and recorded in Deed Book Volume 623, Page 23, and any subsequent amendments, assignments, interest and royalty transfers, ratifications, mortgages, supplements or declaration of pooled units relating thereto.

**ALSO UNDER AND SUBJECT** to all matters set forth in the Joseph Canton and Joy J. Canton Living Trust and Joseph Land Development, LLC Minor Subdivision, dated September 1, 2010, and recorded in the Recorder's Office of Indiana County as Instrument No. 2011-217438, and all matters set forth in Subdivision Plan for the Indiana County Development Corporation, dated March 29, 2021 and recorded in the Recorder's Office of Indiana County, Pennsylvania as Instrument No. 2022-333101.

**BEING** a portion of the same premises title to which became vested in the Indiana County Development Corporation by deed of Joseph Land Development LLC, a Pennsylvania limited liability company, and Joseph Canton and Joy J. Canton, Trustees of the Joseph Canton and Joy J. Canton Living Trust, dated August 10, 2000, dated February 18, 2011 and recorded in the Recorder's Office of Indiana County as Instrument No. 2011-217439.

The above-described premises are known as Indiana County Uniform Parcel Identifier Number 12-023-127.01A1.



Ohio Valley Concrete
13857 Col-Canfield Rd
Columbiana OH 44408

Office 330-406-6624
andrew.vanpelt@ovconcrete.com
wilbur@ovconcrete.com

EXHIBIT
B

Agreement between & [illegible]

[illegible]

[illegible] The payment schedule is annexed

[illegible] the payment schedule is annexed

[illegible] The payment schedule is annexed

[illegible] The payment schedule is annexed

[illegible]

Sign Luca Sirugo

---

Original Signed Agreement with Gruppo

Tank 054 & 055 $1,400,000.00 x 2 Total $2,800,000.00 [illegible]

BUU Pad [illegible]

Total Agreed Upon With Gruppo $3,000,000.00 covering the above items [illegible] The payment schedule is annexed

Change order for cleaning up and reinstalling collapsed rebar (15 men @ $65 per hr X 12 hr per day X 20 days ) Work should start before the end of the week if the signature

Sign Luca Sirugo

---

Contract for Completing the project in Center Township

| | | |
|---|---|---|
| Tanks 050, 051, 052, 053 with double wall but no lids | $1,250,000 x 2 | $2,500,000 [illegible] payment schedule annexed |
| Tanks 031 and 032 With no lids | 250,000 x 2 | $500,000 [illegible] TBD |
| Office Pad, Electrical Pads | $38,000 | |
| Total | $3,038,000 | |

Ohio Valley is still working on the estimates for the lids for Tank 050, 051, 052, 053, 031, and 032.

---

Andrew Vanpelt, Owner of Ohio Valley Concrete, LLC

Andrew VanPelt Date: 1-16-2024

Luca Sirugo, Gruppo Date: [illegible]

---

Ohio Valley accepts this signed contract.
When payment of $350,000.00 is received and in our account, we will resume work on the project. If at any time payment is not received on schedule (as per attached document), Ohio Valley reserves the right to slow or to discontinue work at our discretion.

Andrew VanPelt Date: 1-17-2024
Andrew Vanpelt, Owner of Ohio Valley Concrete, LLC

Sign Luca Sirugo Date



Ohio Valley Concrete
13857 Col-Canfield Rd
Columbiana OH 44408

Office 330-406-6624
andrew.vanpelt@ovconcrete.com
wilbur.steiner@ovconcrete.com

Contract

Contract Date: July 30, 2024

Contract Between Ohio Valley Concrete LLC
Gruppo

Section 1 **Remaining Charges by Item**

| Milestone (Description) | Status | Detail | Price |
|---|---|---|---|
| Charles Carr Farm Improvement Invoice 1767, Invoiced on June 2, 2023 | Work is Completed | | 70,942.93 |
| Change Order for Pour Cancel on September 12, 2023 Invoices 1835 & 1952 | | Change Order | 10,032.50 |
| Change Order for Work Stop due to payment delay, October 2023 Invoice 1864 | | Changer Order | 380,084.64 |
| Change Order on Manhole Sizes for Tank 054 and 055, Invoice 1930 | Work is completed | Change Order | 40,835.82 |
| Change Order on BUU Pad, Invoice 1945 | Work is completed | Change Order | 3,515.00 |
| Rebar Reclaim, Invoice 1914 | Work is Completed | | 36,267.79 |
| Remaining Balance on Tank 52-53 foundation and walls 1929 | Work is Completed | | 750,000.00 |
| Tank 032 | 60% completed | Value of Work completed>>> | 150,000 |
| Tank 034 | 60% completed | Value of Work completed>>> | 150,000 |
| Subtotal | Contracted Work Completed but Not Paid | | 1,120,942.93 |
| Subtotal | Change Orders completed but not paid | | 80,618.61 |
| Subtotal | Work Stop Invoices | | 390,117.14 |
| Total Value of Above List | | | 1,591,678.68 |

| Remaining Steps to Completing Center Township (Ohio Valley scope of work) | | | |
|---|---|---|---|
| Finish Tank 032 walls | | | 100,000.00 |
| Finish Tank 034 walls | | | 100,000.00 |
| Scale Pad | | | 17,540.00 |
| Lid for Tank 032 | These lid prices are with Ohio Valley fitting them into our work schedule. We found an independent company who we could sub them out to, but the price would be more than 1 million higher. | | 244,000.00 |
| Lid for Tank 034 | | | 244,000.00 |
| Lid for Tank 050-051 | | | 1,002,000.00 |
| Lid for Tank 052-053 | | | 1,002,000.00 |
| Pour Driveway | [illegible] | | 569,700.00 |
| Insulate Tank 54 | | As per quoted materials | 141,300 |
| Insulate Tank 55 | | As per quoted materials | 141,300 |
| Insulate Tank 32 | | As per quoted materials | 41,600 |
| Insulate Tank 34 | | As per quoted materials | 41,600 |
| Insulate Tank 50 large tank only | | As per quoted materials | 120,700 |
| Insulate Tank 52 large tank only | | As per quoted materials | 120,700 |
| Office Pad | [illegible] | | |
| Other Misc Pads | [illegible] | | |
| **Final Total** | | | |

Section 2 Payment and Scope of Work

Because we are carrying so much unpaid work from Center Twp, we find it necessary to tie Gernaat project to the Center Twp payments.

We also find it necessary to move to prepaid rather than postpaid over a period of time.

| Milestone Number | Milestone Name | Monday of Projected Start Week on this milestone | Invoice Amount for this milestone | Detailed Sum of Milestones beginning in the month | Total Invoice Amount | Ohio Valley Invoice Date | Payment Due to Ohio Valley by |
|---|---|---|---|---|---|---|---|
| 1 | Completed Contracted Work | | 1,120,942.93 | | [illegible] | 8/5/2024 | [illegible] |
| | With payment of the above amount, work could resume.<br><br>Alternately, we would accept the $1 million payment at Gernaat, along with a committed date for making the next payment at Center Twp, as sufficient guarantee to begin working again at Center Twp | | | | | | |
| | | | | | | | |
| 2 | Tanks 30-31 completion | | 200,000 | | | 8/5/2024 | [illegible] |
| 3 | Scale Pad | 9/2/2024 | 17,540 | 300,140 | [illegible] | 8/5/2024 | [illegible] |
| 4 | Tank 54 Wall Insulation | 9/9/2024 | 141,300 | | | | |
| 5 | Tank 55 Wall Insulation | 9/23/2024 | 141,300 | | | | |
| 6 | Office Pad | 10/7/2024 | | | | 9/1/2024 | [illegible] |
| 7 | Other Small Pads | 10/14/2024 | | | | | |
| 8 | Lid on Tank 32 | 10/21/2024 | | | | | |
| 9 | Lid on Tank 34 | 10/28/2024 | | | | | |
| | Take care of Change Orders | | 80,618.61 | | | | |
| 10 | Lid on Tank 50-51 | | | | | | |
| 11 | Lid on Tank 52-53 | | | | | | |
| 12 | Insulate Tank 50 | | | | | | |
| 13 | Insulate Tank 52 | | | | | | |
| 14 | Insulate Tank 32 | | | | | | |
| 15 | Insulate Tank 34 | | | | | | |
| 16 | Pour Driveway | | | | | | |

Considerations.

[illegible]

9589 0710 5270 1040 2175 85

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee $ 4.85

Extra Services & Fees (check box, add fee as appropriate)
- [X] Return Receipt (hardcopy) $ 4.10
- [ ] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage $ 1.25

Total Postage and Fees $ 10.20

Postmark Here

Sent To: Air Liquide Advanced Technologies
Street and Apt. No., or PO Box No.: 3790 Mosside Boulevard Suite 195
City, State, ZIP+4®: Monroeville PA 15146

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 1040 2175 78

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee $ 4.85

Extra Services & Fees (check box, add fee as appropriate)
- [X] Return Receipt (hardcopy) $ 4.10
- [ ] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage $ 1.25

Total Postage and Fees $ 10.20

Postmark Here

Sent To: Gruppo E.F. Technologies USA, LLC
Street and Apt. No., or PO Box No.: 12 East 10th Street, #3R
City, State, ZIP+4®: New York City, New York 10003

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

9589 0710 5270 1040 2175 92

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee $ 4.85

Extra Services & Fees (check box, add fee as appropriate)
- [X] Return Receipt (hardcopy) $ 4.10
- [ ] Return Receipt (electronic) $
- [ ] Certified Mail Restricted Delivery $
- [ ] Adult Signature Required $
- [ ] Adult Signature Restricted Delivery $

Postage $ 1.25

Total Postage and Fees $ 10.20

Postmark Here

Sent To: Air Liquide Advanced Technologies
Street and Apt. No., or PO Box No.: 200 GBC Drive
City, State, ZIP+4®: Newark, Delaware 19702-2462

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Air Liquide Advanced Technologies U.S., LLC
2790 Mosside Blvd, Suite 195
Monroeville, PA 15146
United States

9590 9402 8622 3244 4118 78

2. Article Number (Transfer from service label)

9589 0710 5270 1040 2175 85

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Address

B. Received by (Printed Name) | C. Date of Deliv

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restri Delivery
- ☐ Signature Confirmatio
- ☐ Signature Confirmatio Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Recei

USPS TRACKING #

9590 9402 8622 3244 4118 78

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Roth, Blair, Roberts, Strasfeld & Lodge
c/o: Dominic F. Carano, Esq.
100 East Federal Street, Suite 600
Youngstown, OH 44503-1893
United States

193-24/JCB



Ohio Valley Concrete
13857 Col-Canfield Rd
Columbiana OH 44408

Office 330-406-6624
andrew.vanpelt@ovconcrete.com
wilbur.steiner@ovconcrete.com

Contract

Contract Date: July 30, 2024

Contract Between Ohio Valley Concrete LLC
Gruppo

**Section 1 Remaining Charges by Item**

| Milestone (Description) | Status | Detail | Price |
|---|---|---|---|
| Charles Carr Farm Improvement Invoice 1767, Invoiced on June 2, 2023 | Work is Completed | | 70,942.93 |
| Change Order for Pour Cancel on September 12, 2023 Invoices 1835 & 1952 | | Change Order | 10,032.50 |
| Change Order for Work Stop due to payment delay, October 2023 Invoice 1864 | | Changer Order | 380,084.64 |
| Change Order on Manhole Sizes for Tank 054 and 055, Invoice 1930 | Work is completed | Change Order | 40,835.82 |
| Change Order on BUU Pad, Invoice 1945 | Work is completed | Change Order | 3,515.00 |
| Rebar Reclaim, Invoice 1914 | Work is Completed | | 36,267.79 |
| Remaining Balance on Tank 52-53 foundation and walls 1929 | Work is Completed | | 750,000.00 |
| Tank 032 | 60% completed | Value of Work completed>>> | 150,000 |
| Tank 034 | 60% completed | Value of Work completed>>> | 150,000 |
| **Subtotal** | **Contracted Work Completed but Not Paid** | | **1,120,942.93** |
| **Subtotal** | **Change Orders completed but not paid** | | **80,618.61** |
| **Subtotal** | **Work Stop Invoices** | | **390,117.14** |
| **Total Value of Above List** | | | **1,591,678.68** |

| Remaining Steps to Completing Center Township (Ohio Valley scope of work) | | | |
|---|---|---|---|
| Finish Tank 032 walls | | | 100,000.00 |
| Finish Tank 034 walls | | | 100,000.00 |
| Scale Pad | | | 17,540.00 |
| Lid for Tank 032 | These lid prices are with Ohio Valley fitting them into our work schedule. We found an independent company who we could sub them out to, but the price would be more than 1 million higher. | | 244,000.00 |
| Lid for Tank 034 | | | 244,000.00 |
| Lid for Tank 050-051 | | | 1,002,000.00 |
| Lid for Tank 052-053 | | | 1,002,000.00 |
| Pour Driveway | Estimated | | 569,700.00 |
| Insulate Tank 54 | | As per quoted materials | 141,300 |
| Insulate Tank 55 | | As per quoted materials | 141,300 |
| Insulate Tank 32 | | As per quoted materials | 41,600 |
| Insulate Tank 34 | | As per quoted materials | 41,600 |
| Insulate Tank 50 large tank only | | As per quoted materials | 120,700 |
| Insulate Tank 52 large tank only | | As per quoted materials | 120,700 |
| Office Pad | Waiting for Prints | | |
| Other Misc Pads | Waiting for Details | | |
| **Final Total** | | | |

*Continued on Next Page*

Section 2 **Payment and Scope of Work**

**Because we are carrying so much unpaid work from Center Twp, we find it necessary to tie Gernaat project to the Center Twp payments.**

**We also find it necessary to move to prepaid rather than postpaid over a period of time.**

| Milestone Number | Milestone Name | Monday of Projected Start Week on this milestone | Invoice Amount for this milestone | Detailed Sum of Milestones beginning in the month | Total Invoice Amount | Ohio Valley Invoice Date | Payment Due to Ohio Valley by |
|---|---|---|---|---|---|---|---|
| 1 | Completed Contracted Work | | 1,120,942.93 | | 1,120,942.93 | 8/5/2024 | 8/12/2024 |
| | With payment of the above amount, work could resume.<br><br>Alternately, we would accept the $1 million payment at Gernaat, along with a committed date for making the next payment at Center Twp, as sufficient guarantee to begin working again at Center Twp | | | | | | |
| | | | | | | | |
| 2 | Tanks 30-31 completion | | 200,000 | | | 8/5/2024 | 9/1/2024 |
| 3 | Scale Pad | 9/2/2024 | 17,540 | 300,140 | 300,140 | 8/5/2024 | 9/16/2024 |
| 4 | Tank 54 Wall Insulation | 9/9/2024 | 141,300 | | | | |
| 5 | Tank 55 Wall Insulation | 9/23/2024 | 141,300 | | | | |
| 6 | Office Pad | 10/7/2024 | | | | 9/1/2024 | 10/1/2024 |
| 7 | Other Small Pads | 10/14/2024 | | | | | |
| 8 | Lid on Tank 32 | 10/21/2024 | | | | | |
| 9 | Lid on Tank 34 | 10/28/2024 | | | | | |
| | Take care of Change Orders | | 80,618.61 | | | | |
| 10 | Lid on Tank 50-51 | | | | | | |
| 11 | Lid on Tank 52-53 | | | | | | |
| 12 | Insulate Tank 50 | | | | | | |
| 13 | Insulate Tank 52 | | | | | | |
| 14 | Insulate Tank 32 | | | | | | |
| 15 | Insulate Tank 34 | | | | | | |
| 16 | Pour Driveway | | | | | | |

**Considerations.**

1. *While work is in progress, weekly progress updates to be assessed between Ohio Valley Concrete, Gruppo, and Air Liquide*
2. *Needed adjustments (increase or decrease) to made on the invoice following the approved adjustment.*
3. *Adjustments to the work schedule (weather, number of workers, etc.) will be at Ohio Valley's discretion*
4. *If work stops during the winter, Ohio Valley advises that all payments be held as they stand at the point of work stop, so that as soon as winter breaks there is no delay in moving into the work. If Air Liquide requires something otherwise that results in additional paperwork, funds transfers, or potential delays, charges will be added accordingly. When work resumes, the above scope will be adjusted accordingly to reflect the new dates*
5. *Ohio Valley reserves the right to slow or pause work if payments are not made according to the contract*
6. *This contract is good through August 31, 2024. Failure to sign or to meet payment requirements by that date may result in revisiting the numbers and terms.*
7. *If payments on this project are not resumed and maintained satisfactorily, the work in Gernaat MI may be delayed or halted as well.*