# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

GRUPPO EF TECNOLOGIE USA, LLC,

        Plaintiff,

    v.

AIR LIQUIDE ADVANCED
TECHNOLOGIES U.S., LLC, and L'AIR
LIQUIDE S.A.,

        Defendants.

CASE NO. 4:25-CV-01531-BYP

JUDGE BENITA Y. PEARSON

**MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO DEFENDANT
AIR LIQUIDE ADVANCED
TECHNOLOGIES U.S. LLC'S PETITION
TO DISMISS OR TRANSFER AND STAY
PENDING COMPLETION OF
ARBITRATION AND MOTION TO
DISMISS**

Plaintiff Gruppo EF Tecnologie USA, LLC, ("Gruppo") by and through its attorneys, Benesch, Friedlander, Coplan, & Aronoff LLP, respectfully requests that the Court extend the November 12, 2025 deadline for filing its Response in Opposition to Defendant Air Liquide Advanced Technologies U.S., LLC Motion to Dismiss and Petition to Dismiss or Transfer and Stay Pending Completion of Arbitration (ECF #27 and #28) to 21 days after the filing of new Defendant L'Air Liquide S.A.'s Answer or other responsive pleading.

Good cause exists for this extension. First, the parties are currently engaged in meaningful settlement discussions in an effort to achieve a mutually-beneficial resolution of all claims asserted in this matter. The extension would permit the parties sufficient time to reach a resolution while conserving party resources that would otherwise be consumed by ongoing adversarial filings. and require time to reach a mutually agreeable resolution. Additionally, given that new Defendant L'Air Liquide S.A. agreed to waive service on October 1, 2025, its deadline to Answer or otherwise respond is January 20, 2026. If Defendant L'Air Liquide S.A. files a responsive pleading like its

1

co-defendant, Gruppo must file its response 21 days thereafter. Thus, the proposed extension of 21 days after L'Air Liquide S.A.'s Answer or other responsive pleading will permit Gruppo to coordinate and file contemporaneous responses to Defendant Air Liquide Advanced Technologies U.S., LLC's Motion to Dismiss and Petition to Transfer, and any responsive pleading or motion filed by new Defendant L'Air Liquide S.A.  Coordinated responses will in turn preserve judicial resources and simplify the Court's docket.

Gruppo's counsel met and conferred with counsel for Defendant Air Liquide Advanced Technologies U.S., LLC regarding the proposed extension.  Defendant Air Liquide Advanced Technologies U.S., LLC does not oppose an extension until December 5, 2025.  A December 5 deadline, however, is insufficient to ensure that Gruppo will have a single deadline to respond to both defendants and is likely to result in duplicative filings and wasted resources. Thus, Gruppo's proposed extension is warranted.

This is the first extension that has been requested in this matter and it will not affect any other existing deadlines. This request is made in good faith and not for the purpose of delay.

For these reasons, and for all good cause shown, Plaintiff Gruppo respectfully requests an extension of time to file its Response in Opposition to Defendant Air Liquide Advanced Technologies U.S., LLC Motion to Dismiss and Petition to Dismiss or Transfer and Stay Pending Completion of Arbitration equal to 21 days after the filing of L'Air Liquide S.A.'s answer or other responsive pleading.

Respectfully submitted,
/s/ *Laura E. Kogan*
Laura E. Kogan (0087453)
Meggan A. Louden (0074215)
**BENESCH, FRIEDLANDER, COPLAN**
**& ARONOFF LLP**
127 Public Square, Suite 4900
Cleveland, Ohio 44114

2

Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: lkogan@beneschlaw.com
       mlouden@beneschlaw.com

*Attorneys for Plaintiff Gruppo EF Tecnologie*
*USA, LLC, in its own capacity and as sole assignee*
*of the rights of Ohio Valley Concrete LLC*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 3rd day of November, 2025, a copy of the foregoing was submitted for electronic filing.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Laura E. Kogan*  
Laura E. Kogan (0087453)  
*Attorney for Co-Defendant Gruppo EF*  
*Tecnologie USA, LLC*
