UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| GRUPPO EF TECNOLOGIE USA, LLC, | CASE NO. 4:25-CV-01531-BYP |
| Plaintiff, | JUDGE BENITA Y. PEARSON |
| v. | **PLAINTIFF GRUPPO EF TECHOLOGIE USA, LLC 'S MOTION TO ADJUST THE BRIEFING SCHEDULE AND CASE MANAGEMENT PLAN** |
| AIR LIQUIDE ADVANCED TECHNOLOGIES U.S., LLC, and L'AIR LIQUIDE S.A., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiff Gruppo EF Tecnologie USA, LLC ("Gruppo") moves to adjust the briefing schedule as to the pending motions (ECF Nos. 27, 28, and 41) and Case Management Plan (ECF No. 22) by ninety (90) days.

This adjustment to the calendar will allow the parties to continue preparing for mediation and avoid inefficiencies as well as wasted resources. Gruppo sought the concurrence of Co-Defendant L'Air Liquide S.A. ("ALSA") and Co- Defendant Air Liquide Advanced Technologies U.S. LLC ("ALATUS") in the extension proposed herein, but ALATUS did not respond and ALSA did not agree. The mediation deserves the parties' full attention because there are viable commercial resolutions. To continue working toward these resolutions through mediation, Gruppo respectfully requests that the Court extend the briefing and case deadlines as set forth below.

| Event | Current Deadlines | Extended Deadlines |
|---|---|---|
| Plaintiff's Opposition to ALSA's Motion to Dismiss for Lack of Personal and for Failure to State a Claim and Petition to Dismiss or | January 29, 2026 | April 29, 2026 |

1

| | | |
|---|---|---|
| Transfer and Stay Pending Completion of Arbitration (ECF No. 41)[1] | | |
| Plaintiff Opposition to ALATUS' Renewed Motion to Dismiss for Lack of Personal Jurisdiction, for Improper Venue, and for Failure to State a Claim (ECF No. 27) and Petition to Dismiss or Transfer and Stay Pending Completion of Arbitration (ECF No. 28) | January 20, 2026 | April 20, 2026 |
| Identification of Expert Witness(es) and Expert Report(s) | January 28, 2026 | April 28, 2026 |
| Expert Report Opposition | February 27, 2026 | May 28, 2026 |
| Fact and Expert Discovery Cut-Off | March 31, 2026 | June 29, 2026 |
| Dispositive Motions and Stipulations of Uncontested Facts | April 30, 2026 | July 29, 2026 |
| Oppositions to Dispositive Motions | June 1, 2026 | August 30, 2026 |
| Replies to Dispositive Motions | June 15, 2026 | September 13, 2026 |

Respectfully submitted,

BENESCH FRIEDLANDER COPLAN & ARONOFF LLP

*/s/ Laura E. Kogan*
Laura E. Kogan (0087453)
Meggan A. Louden (0074215)
BENESCH, FRIEDLANDER, COPLAN
  & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, Ohio 44114
Telephone: 216.363.4500
Facsimile: 216.363.4588
Email: lkogan@beneschlaw.com
mlouden@beneschlaw.com

*Attorneys for Plaintiff Gruppo EF Tecnologie USA, LLC*
*USA, LLC*

---

[1] ALSA's multipronged motion was filed in defiance of the Court's Order to engage in a meaningful meet-and-confer before filing a dispositive motion. (*See* Case Management Plan, ECF No. 22.) ALSA made a perfunctory gesture at conferring, sending an email on December 29, and announcing an intention to file the motion the next day. Told that this was not enough time during a holiday week for counsel to connect with her client, ALSA's counsel simply disagreed, insisting that Gruppo should already have a position on the issues the motion would raise. It filed its motion the next day without further interaction.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of January 2026, a copy of the foregoing was submitted for electronic filing. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Laura E. Kogan*
Laura E. Kogan (0087453)

*Attorney for Plaintiff Gruppo EF Tecnologie USA, LLC*
