IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GRUPPO EF TECNOLOGIE USA, LLC<br><br>*Plaintiff,*<br><br>v.<br><br>AIR LIQUIDE ADVANCED TECHNOLOGIES U.S. LLC, et al.<br><br>*Defendants.* | Case No. 4:25-cv-01531<br><br>Judge Benita Y. Pearson |

**DEFENDANT AIR LIQUIDE ADVANCED TECHNOLOGIES U.S. LLC'S NOTICE OF AGREEMENT TO ADJUST BRIEFING SCHEDULE AND CASE MANAGEMENT PLAN**

Defendant Air Liquide Advanced Technologies U.S. LLC ("ALATUS") hereby notifies the Court that it is in agreement with the revised briefing and case schedule as proposed in Plaintiff's Motion to Adjust the Briefing Schedule and Case Management Plan (ECF No. 43).[1]

Respectfully submitted,

*/s/ Joseph R. Spoonster*
Joseph R. Spoonster (#0070863)
Nicholas J. Horrigan (#0087345)
HARPST BECKER LLC
1559 Corporate Woods Parkway, Ste. 250
Uniontown, OH 44685
jspoonster@harpstbecker.com
nhorrigan@harpstbecker.com
(330) 983-9971
(330) 983-9981 (fax)

---

[1] This Notice is provided to facilitate mediation with Plaintiff. By submitting this Notice, ALATUS does not consent to personal jurisdiction and expressly preserves and asserts the defense of lack of personal jurisdiction as set for in its pending Motion to Dismiss (ECF No. 27) and previous Motion to Dismiss (ECF No. 14) and defense of obligation to arbitrate as set forth in the pending Petition to Dismiss or Transfer and Stay Pending Completion of Arbitration (ECF No. 28).

## CERTIFICATE OF SERVICE

      I hereby certify that on this 9th day of January, 2026, a copy of the foregoing document was submitted for electronic filing.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Clerk of Court's E-Filing System.

                                                  */s/ Joseph R. Spoonster*
                                                  Joseph R. Spoonster (#0070863)