Exhibit A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| GRUPPO EF TECNOLOGIE USA, LLC, | CASE NO. 4:25-CV-01531-BYP |
| Plaintiff, | JUDGE BENITA Y. PEARSON |
| v. | **PROPOSED ORDER OF VOLUNTARY DISMISSAL OF ALL CLAIMS WITHOUT PREJUDICE** |
| AIR LIQUIDE ADVANCED TECHNOLOGIES U.S., LLC, and L'AIR LIQUIDE S.A., | |
| Defendants. | |

AND NOW, this _____ day of _____, 2026, upon consideration of Plaintiff Gruppo EF Tecnologie USA, LLC's Motion For Court Order Allowing Voluntary Dismissal Of All Claims Without Prejudice, it is hereby ORDERED that said Motion is Granted. All claim currently pending before the Court and hereby dismissed without prejudice.

BY THE COURT:

_____
Judge Benita Y. Pearson