PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GRUPPO EF TECNOLOGIE USA, LLC, | ) ) ) | CASE NO. 4:25CV1531 |
| Plaintiff, | ) ) ) | JUDGE BENITA Y. PEARSON |
| v. | ) ) | |
| AIR LIQUIDE ADVANCED TECHNOLOGIES U.S. LLC, *et al.*, | ) ) ) | **ORDER OF DISMISSAL** |
| Defendants. | ) | [Resolving ECF No. 46] |

AND NOW, this 29th day of January, 2026, upon consideration of Plaintiff Gruppo EF Tecnologie USA, LLC's Motion For Court Order Allowing Voluntary Dismissal Of All Claims Without Prejudice (ECF No. 46), it is hereby ORDERED that said Motion is granted. All claims currently pending before the Court are hereby dismissed without prejudice.


  January 29, 2026          */s/ Benita Y. Pearson*
Date                           Benita Y. Pearson
                               United States District Judge